William Polischuk, Appellee, v. E. Perry Vaughan and Carl Kustin, Defendants. E. Perry Vaughan, Appellant.

Gen. No. 40,609.

opinion filed October 31, 1939. Rawlins & Wright, for appellant; Fay Warren Johnson, of counsel; Hyland J. Paullin, for appellee. Opinion by JUSTICE SCANLAN. "Not to be published in full."